# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC CONRAD DAVIDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:12-cv-02101-LSC-JEO |
| ) | |
| WARDEN WADE KIZZIRE, ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, and THE ATTORNEY ) | |
| GENERAL OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the above-styled habeas petition is hereby **DISMISSED WITH PREJUDICE**. The court further **DECLINES** to issue a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

The Clerk is **DIRECTED** to mail a copy of this Order to Petitioner and counsel for the respondents.

**Done this 21st day of April 2014.**

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[160704]